1
2
3
4
5
6
7

8                UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  STEVEN CARUSO, | Case No.: 2:23−CV−00553−DJC−DB |
| 12            Plaintiff, | [*Amador County Superior Court Case No.:* 22-CV-12821] |
| 13  v. | |
| 14  LOWES, A NORTH CAROLINA | **ORDER ON STIPULATION FOR VOLUNTARY DISMISSAL** |
| 15  CORPORATION, and DOES 1 to 30, inclusive, | **PURSUANT TO FED. R. CIV. P. 41(a)(1)** |
| 16            Defendants. | |
| 17 | Complaint Filed:  September 1, 2022 |

18

19        **IT IS HEREBY ORDERED** that the Complaint of Plaintiff, STEVEN

20  CARUSO is hereby dismissed in its entirety, with prejudice.

21

22  Dated:  August 14, 2023            /s/ Daniel J. Calabretta
                                       _____
23                                     THE HONORABLE DANIEL J. CALABRETTA
                                       UNITED STATES DISTRICT JUDGE
24

25

26

27

28